IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ROBERT M. DOUGHTY II, PC,

    Plaintiff,

-vs-                                                NO. 2:16-CV-879 GJF-LAM

WRIGHT NATIONAL FLOOD INS. SERVICES, LLC
d/b/a WRIGHT NATIONAL FLOOD INSURANCE CO.,

    Defendant.

## NOTICE OF SETTLEMENT

COMES NOW, Doughty, Alcaraz & deGraauw, P.A. (Patricia S. Woody) and hereby notifies the Court that the parties have reached a settlement. Dismissal documents will be submitted to the Court.

Respectfully submitted,

DOUGHTY, ALCARAZ & deGRAAUW, P.A.

By: _____
    Robert M. Doughty, III
    Patricia S. Woody
*Attorneys for Plaintiff*
20 First Plaza NW, Suite 412
Albuquerque, NM  87102
(505) 242-7070

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of September 2016, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

_____
Robert M. Doughty, III
Patricia S. Woody