Theodore I. Brenner, Esq. (VSB No. 17815)
**Freeborn & Peters LLP**
411 E. Franklin Street, Suite 200
Richmond, VA  23219
Tel.: (804) 644-1300; Fax: (804) 644-1354
Email: tbrenner@freeborn.com
Counsel for Defendant, WRIGHT NATIONAL FLOOD INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW MEXICO**
---------------------------------------------------------X
**ROBERT M. DOUGHTY II, PC,**

              **CASE NO.: 2:16-CV-00879 GJF-LAM**

    **Plaintiff,**

 vs.

              **FED. RULE CIV. P.**
              **41(a)(1)(A)(ii) DISMISSAL**
              **ORDER**

**WRIGHT NATIONAL FLOOD**
**INSURANCE COMPANY,  et al.,**

    **Defendant.**
---------------------------------------------------------X

  Comes now the Plaintiff, Robert M. Doughty II, PC, through its attorneys Doughty, Alcaraz & deGraauw, P.A.  and Wright National Flood Insurance Company, et al., through its attorneys of record, Freeborn & Peters, LLP, and pursuant to *Fed Rule Civ. P. 41(a)(1)(A)(ii)* do hereby dismiss this action with prejudice with each party bearing their own respective costs and expenses.

This the 27th day of October, 2016

By: _/s/ Robert M. Doughty III_        By: _/s/ Theodore I. Brenner_
Robert M. Doughty III, Esquire        Theodore I. Brenner, Esquire
Doughty, Alcaraz & deGraauw, P.A.      Freeborn & Peters LLP
20 First Plaza NW, Suite 412         411 E. Franklin St., Suite 200
Albuquerque, NM 87102          Richmond, VA 23219
*Counsel for Plaintiff*            *Counsel for Defendant*

By: _/s/ Lucas N. Frank_
Lucas N. Frank, Esquire
Moses, Dunn, Farmer & Tuthill, P.C.    **SO ORDERED:** _____
612 First Street NW
Albuquerque, NM 87125-7047
*Counsel for Defendant*