## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW MEXICO

**ROBERT M. DOUGHTY II, PC,**

        **Plaintiff,**

 vs.

**WRIGHT NATIONAL FLOOD**
**INSURANCE COMPANY, et al.,**

        **Defendant.**

CASE NO.: 2:16-CV-00879 WJ/LAM

## ORDER OF DISMISSAL

THIS MATTER having come before the Court upon the Notice of Voluntary Dismissal (**Doc. 19**), the Court hereby dismisses this action with prejudice with each party bearing their own respective costs and expenses.

_____
UNITED STATES DISTRICT JUDGE

By: _/s/ Robert M. Doughty III_
Robert M. Doughty III, Esquire
Doughty, Alcaraz & deGraauw, P.A.
20 First Plaza NW, Suite 412
Albuquerque, NM 87102
*Counsel for Plaintiff*

By: _/s/ Lucas N. Frank_
Lucas N. Frank, Esquire
Moses, Dunn, Farmer & Tuthill, P.C.
612 First Street NW
Albuquerque, NM 87125-7047
*Counsel for Defendant*

By: _/s/ Theodore I. Brenner_
Theodore I. Brenner, Esquire
Freeborn & Peters LLP
411 E. Franklin St., Suite 200
Richmond, VA 23219
*Counsel for Defendant*